THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 JoAnne E. N. and Russell P. K., Defendants,
 Of whom JoAnne E. N. is the Appellant.
 
 
 

In the
 interest of five minor children under the age of 18 years.

Appeal From Horry County
Ronald R. Norton, Family Court Judge

Unpublished Opinion No.  2011-UP-415 
 Submitted September 1, 2011  Filed
September 6, 2011

AFFIRMED

 
 
 
 Ezizze Davis Foxworth, of Loris, for Appellant.
 Tonia Elizabeth Medrick, of Conway, for Respondent.
 Carolyn R. Hills, of Myrtle Beach, for Guardian ad Litem.  
 
 
 

PER CURIAM: JoAnne E. N. appeals from the family court's final order
 terminating her parental rights to her five minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling. 
AFFIRMED.[1]
FEW, C.J., THOMAS
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.